UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cr251-RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER AND JUDGMENT |
| v. | ) | CONFIRMING FORFEITURE |
| | ) | |
| IMONEE ANTONIO PATTERSON, | ) | |
| | ) | |
| Defendant. | ) | |

On October 10, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), (Doc. No. 20), based upon the Defendant's plea of guilty to Count Two in the Superseding Bill of Indictment and evidence already on record.

On October 11, 2013 through November 9, 2013, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from October 11, 2013 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

**IT IS, THEREFORE, ORDERED:**

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has

therefore been forfeited to the United States for disposition according to law:

**One Cobra Enterprises, Model CA380, .380 caliber handgun and ammunition**

Signed: January 10, 2014

Robert J. Conrad, Jr.
United States District Judge